

United States District Court
Eastern District of Michigan
Southern Division

United States of America,

v.

D-1 Mohmed Ali,
D-2 Majed Mahmoud,
D-3 Ayob Nasser.

Defendants.
_____/

Case: 2:25-cr-20842
Assigned To : Grey, Jonathan J.C.
Referral Judge: Patti, Anthony P.
Assign. Date : 11/12/2025
Description: INDI USA v. Ali, et al (jo)

Violations:
18 U.S.C. § 2339B
18 U.S.C. § 924(h)

**Indictment**

The Grand Jury charges that:

FILED
NOV 12 2025
CLERK'S OFFICE
DETROIT

**Count One**

**Conspiracy to Provide Material Support or Resources to a Designated Foreign Terrorist Organization**
**18 U.S.C. § 2339B**

From a date unknown, but by at least in or about April 2025 through in or about October 2025, in the Eastern District of Michigan and elsewhere, Mohmed Ali, Majed Mahmoud, Ayob Nasser, and others known and unknown to the Grand Jury, knowingly conspired and agreed with each other to provide material support and resources in the form of personnel (namely, themselves) and services, to a foreign terrorist organization, that is, the Islamic State of Iraq and al-Sham

("ISIS"), which, at all times relevant to this Indictment, was designated by the Secretary of State as a foreign terrorist organization pursuant to Section 219 of the Immigration and Nationality Act, knowing that ISIS was a designated terrorist organization and that ISIS engages and has engaged in terrorist activity and terrorism, all in violation of Title 18, United States Code, Section 2339B(a)(1).

## Count Two

**Conspiracy to Receive and Transfer Firearms and Ammunition Knowing that Such Firearms and Ammunition Would be Used to Commit a Federal Crime of Terrorism**
**18 U.S.C. § 924(h)**

From a date unknown, but by at least in or about April 2025 through in or about October 2025, in the Eastern District of Michigan and elsewhere, Mohmed Ali, Majed Mahmoud, Ayob Nasser, and others known and unknown to the Grand Jury, knowingly conspired to receive and transfer firearms, that is, at least one AR-15-style rifle, and at least some amount of 5.56mm ammunition, knowing and having reasonable cause to believe that the firearms and ammunition would be used to commit a Federal crime of terrorism, that is, providing, attempting to provide, and conspiring to provide material support and resources to a

2

designated foreign terrorist organization, the Islamic State of Iraq and al-Sham ("ISIS"), in violation of Title 18, United States Code, Section 2339B, all in violation of Title 18, United States Code, Section 924(h).

## Forfeiture Allegations

The allegations contained in Count One and Count Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(G) together with Title 28, United States Code, Section 2461(c).

One or more of the violations alleged in this Indictment are Federal crimes of terrorism, as defined in 18 U.S.C. § 2332b(g)(5), against the United States, citizens and residents of the United States, and their property. Mohmed Ali, Majed Mahmoud, and Ayob Nasser were individuals engaged in planning and perpetrating a Federal crime of terrorism against the United States, citizens and residences of the United States, and their property.

Upon conviction of a Federal crime of terrorism as alleged in this Indictment, the defendants Mohmed Ali, Majed Mahmoud, and Ayob Nasser shall forfeit to the United states: (1) pursuant to Title 18,

3

United States Code, Section 981(a)(1)(G)(i) and Title 28, United States Code, Section 2461(c), all right, title, and interests in all assets, foreign and domestic; (2) pursuant to Title 18, United States Code, Section 981(a)(1)(G)(ii) and Title 28, United States Code, Section 2461(c), all right, title and interest in all assets, foreign and domestic, acquired and maintained with the intent and for the purpose of supporting, planning, conducting, and concealing a Federal crime of terrorism against the United States, citizens and residents of the United States, and their property; (3) pursuant to Title 18, United States Code, Section 981(a)(1)(G)(iii) and Title 28, United States Code, Section 2461(c), all right, title and interest in all assets, foreign and domestic, derived from, involved in, and used and intended to be used to commit a Federal crime of terrorism against the United States, citizens and residents of the United States, and their property.

If any of the property described above, as a result of any act or omission of the defendants: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled

4

with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendants.

Upon conviction of a violation alleged in this Indictment, pursuant to Fed. R. Crim. P. 32.2(b)(1), the United States may seek entry of a forfeiture money judgment, equal to the value of the assets subject to the forfeiture, against defendants Mohmed Ali, Majed Mahmoud, and Ayob Nasser.

All pursuant to Title 18, United States Code, Section 981(a)(1)(G) together with Title 28, United States Code, Section 2461(c).

.

**This is a True Bill.**

/s/ Grand Jury Foreperson
Grand Jury Foreperson

Jerome F. Gorgon Jr.
United States Attorney


/s/ Douglas C. Salzenstein
Douglas C. Salzenstein
Chief, Homeland Security Unit
Assistant United States Attorney


/s/ Hank Moon
Hank Moon
Assistant United States Attorney


/s/ Erin L. Ramamurthy
Erin L. Ramamurthy
Assistant United States Attorney

Dated: November 12, 2025

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | **Case Number** |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to c

Case: 2:25-cr-20842
Assigned To : Grey, Jonathan J.C.
Referral Judge: Patti, Anthony P.
Assign. Date : 11/12/2025
Description: INDI USA v. Ali, et al (jo)

**Companion Case Information**

This may be a companion case based upon LCrR 57.10 (b)(4)[1]:

☐ Yes   ☒ No        AUSA's Initials: ELR

**Case Title:** USA v. Mohmed Ali, Majed Mahmoud, and Ayob Nasser

**County where offense occurred :** Wayne

**Check One:**   ☒ Felony       ☐ Misdemeanor       ☐ Petty

___Indictment/___Information --- **no** prior complaint.
_✓_Indictment/___Information --- based upon prior complaint [Case number: 25-mj-30673    ]
___Indictment/___Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____        **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

FILED
NOV 12 2025
CLERK'S OFFICE
DETROIT

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

November 12, 2025
Date

Hank Moon
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-0220
Fax:   313-226-2311
E-Mail address: Hank.Moon@usdoj.gov
Attorney Bar #: P59288

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.