
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

        Plaintiff(s),                        Case No. 25-20842

v.                                      Honorable Jonathan J.C. Grey

Mohmed Ali, et. al.,               Magistrate Judge Anthony P. Patti

        Defendant(s).
_____/

### ORDER REGARDING REASSIGNMENT OF COMPANION CASE

        This case appears to be a companion case to Case No. **25-20821**. Pursuant to E.D. Mich LCrR 57.10(b)(4), the Clerk is directed to reassign this case to the docket of the Honorable **Linda V. Parker** and Magistrate Judge _____.

                                                               s/Jonathan J.C. Grey
                                                               Jonathan J.C. Grey
                                                               United States District Judge

                                                               s/Linda V. Parker
                                                               Linda V. Parker
                                                                United States District Judge

        Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.

        If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: November 14, 2025                               s/ S Schoenherr
                                                              Deputy Clerk

cc:     Parties and/or counsel of record
          Honorable Linda V. Parker