UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

      PLAINTIFF                        CASE NO 25-cr-20842

V

D1 - MOHMED ALI

      DEFENDANT

---

## DEFENDANT MOHMED ALI'S JOINDER IN DEFENDANT AYOB NASSER'S MOTION TO DISCLOSE AND SUPPRESS FISA MATERIALS

Defendant, Mohmed Ali D-1 ("Defendant") by and through his attorney, Amir Makled of Hall Makled PC and have received Defendant Ayob Nasser's Motion to Disclose and Suppress FISA Materials (ECF No.39) and Brief in Support (ECF No. 39-1), does hereby join in Defendant Ayob Nasses's Motion and Brief pursuant to LCrR 12.1 and LR 7.1.

**WHEREFORE**, Mr. Ali moves under 50 U.S.C. §1806(e) for disclosure of FISA materials and to suppress all information unlawfully acquired or surveillance conducted not in conformity with an order authorization or approval, and to suppress any fruits of unlawful surveillance or searches.

Respectfully submitted,

/s/*Amir Makled*
Amir Makled P76306
Hall Makled PC
Attorney for Defendant
Mohmed Ali D-1
23950 Princeton St
Dearborn, MI 48124
313-788-8888
amakled@hallmakled.com