UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

v.

D-2 Majed Mahmoud,

        Defendant.
_____/

Case No. 25-cr-20842

Hon. Mark A. Goldsmith

Violations:
18 U.S.C. § 924(h)
18 U.S.C. § 2339B(a)(1)

**GOVERNMENT'S RESPONSE TO DEFENDANT MAHMOUD'S MOTION TO ALLOW COUNSEL TO BRING A LAPTOP OR TABLET AND ELECTRONIC MEDIA STORAGE INTO SANILAC COUNTY JAIL DURING PROFESSIONAL VISITS (ECF No. 66)**

Defendant Majed Mahmoud filed a motion to allow his defense counsel to bring a laptop or tablet and electronic media storage into Sanilac County Jail, where he is currently detained. (ECF No. 66). The United States does not object to the Court entering such an order as requested by Mahmoud, so long as defense counsel ensure that during professional visits with Mahmoud at the jail, discovery materials provided by the United States are properly safeguarded pursuant to the terms of the Stipulated Protective Order (the "Protective Order"). (ECF No. 57.) This includes the Protective Order's provisions prohibiting the

dissemination of any discovery materials by counsel or the defendants to individuals who are not part of the defense team (and who have not executed the required acknowledgment). (*See* ECF No. 57, PageID263–64.) This also includes the specific protections afforded to material designated "Sensitive Information," as set forth in paragraph 8 of the Protective Order. (*See id.*, PageID.266–69.)

        Respectfully submitted,

        JEROME F. GORGON JR.
        United States Attorney

        By: */s/Hank Moon*
        Hank Moon
        Erin L. Ramamurthy
        Assistant United States Attorneys
        Eastern District of Michigan
        211 W. Fort Street, Suite 2001
        Detroit, MI 48226
        (313) 226-0220
        Hank.Moon@usdoj.gov

        John Cella
        Trial Attorney
        National Security Division
        Counterterrorism Section
        950 Pennsylvania Ave NW
        Washington, DC 20530
        (202) 514-2007
        John.Cella@usdoj.gov

Dated: December 29, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2025, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record, including the following: Amir I. Makled, William W. Swor, and James C. Thomas.

    /s/ *John Cella*
JOHN CELLA
Trial Attorney
National Security Division
Counterterrorism Section