18 USC § 2339B
18 USC § 924(h)



Case: 2:25-cr-20842

Hi, this is Mohmed Ali D-1. I'm currently being represented by Ameer Makled who i can no longer afford. I'm sending this letter to request the court to assign a federally appointed lawyer. Finally, to please notify my immediate family. Thanks!

Sincerely, Mohmed Ali

From: Mohmed Ali
Inmate # 449348
Livingston County Jail



GRAND RAPIDS MI 493
30 DEC 2025 PM 2 L

RECEIVED
JAN 07 2026
CLERK'S OFFICE
U.S. DISTRICT COURT

To: The Honorable Mark A. Goldsmith
231 W. Lafayette Blvd
Detroit, MI 48226

48226-270039