# United States District Court District Of Eastern Michigan.

United States
 Plantiff

v.s Mohmed Ali
 Defendent

FILED
JAN 28 2026
CLERK'S OFFICE
DETROIT

: Case # 2:25-cr-20842
: Petition for writ
  of Habeas Corpus
: failure to Provide
  Timely Preliminary
: Hearing or discharge.

Motion for, Discovery, Preliminary Defendent Hearing, New Counsel, non consent,: 18 USC § 3060(d) & Speedy trial.

1- Petitioner is currently in the custody of Milan, Warden E. Rardin located in Milan, MI at the order of the United States Attorney, District of Eastern MI.

2- The cause or protect of the detention is a criminal complaint. The detention & restraint is unlawful in that the petitioner has been deprived of an immediate Preliminary hearing under Rule 5.1 of the federal Rules of Criminal Procedure and Section 3060(b)(1) of Title 18 of the United States code. Now Petitioner will continue to be so deprived of the right to a timely preliminary hearing or discharge from custody.

3- The petitioner did not consent to any waiver of a preliminary hearing nor an untimely preliminary hearing.

4- Section 3060(d) of Title 18 of the United States code unequivocally provides: an arrested person who has not been accorded the preliminary examination required... with the period of time fixed by the Judge or magistrate Judge in compliance with... [The time limits of both section 3060 & Rule 5.1(b)], Shall be discharged from custody or from the requirement of bail or any other condition of release.

5- A delay of this long duration is unreasonable and tantamount to a denial of the petitioners constitutional right to due process of law.

6- Petitioner further asserts his right to speedy trial, does not approve of any further continuances & further objects to continuances that are on his docket. Petitioner reserves the right to raise arguments related to prior unapproved continuances, waivers, stipulations, and agreements regarding discovery without my consent.

7- I don't consent to my detention, I am an ignorant layman to the law, I'm learning as I experience this. My current attorney is taking advantage of my ignorance, stripping me of my rights that are meant to protect me from the Government. He has without my consent waived my rights & withheld my discovery under the guise of a Protective order I never consented to. I'm asserting my right to discovery under all applicable law of the United States. U.S v.s Brady. ect.

8- Furthermore, I ask this court to remove my current attorney from my case & provide me with council that is experienced & will not strip me of my Constitutional rights in favour of the governments attempt to incriminate me.

Thanks, Sincerly Mohmed Ali

Signed: _____
Print name: Mohmed Ali

Date: 1-21-2026

