# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

**UNITED STATES OF AMERICA**

    **Plaintiff**　　　　　　　　　　**Case No: 25-cr-20842**

**v.**　　　　　　　　　　　　　　　　**Hon. Mark A. Goldsmith**

**MOHMED ALI**,

    **Defendant**.

---

## MOTION TO WITHDRAW AS COUNSEL

NOW COMES undersigned counsel, pursuant to E.D. Mich. LR 83.25 and Michigan Rule of Professional Conduct 1.16, and respectfully moves this Court for leave to withdraw as counsel for Defendant Mohmed Ali. In support, counsel states as follows:

1. Undersigned counsel entered an appearance on behalf of Defendant in the above-captioned matter on November 3, 2025.

2. On or about January 7, 2025, Defendant filed a handwritten letter with the court requesting an appointed attorney. ECF 70.

3. Then on January 21, 2026, Defendant filed a handwritten letter with the Court requesting that undersigned counsel be removed and that new counsel be appointed or substituted. ECF 74.

4. In that filing, Defendant asserts that he no longer consents to undersigned counsel's representation and alleges a lack of trust and disagreement regarding case strategy and counsel's actions. ECF 74.

5. MRPC 1.16(a)(3), states in pertinent part:

   (a) A lawyer shall inquire into and assess the facts and circumstances of each representation to determine whether the lawyer may accept or continue the representation. Except as stated in paragraph (c), a lawyer shall not represent a client or, where representation has commenced, shall withdraw from the representation of a client if:

   …

   (3) the lawyer is discharged;…

6. Additionally, under MRPC 1.16(b)(6)–(7), withdrawal is permitted where the representation has been rendered unreasonably difficult by the client or where other good cause exists.

7. The attorney-client relationship in this matter has suffered an irreparable breakdown such that continued representation would be ineffective and inconsistent with counsel's ethical obligations.

8. Undersigned counsel cannot continue representation without risking violation of professional responsibilities and compromising Defendant's right to effective assistance of counsel.

9. This motion is not made for purposes of delay. Undersigned counsel will cooperate fully in the transition of the case and comply with any conditions imposed by the Court.

WHEREFORE, undersigned counsel respectfully requests that this Court grant leave for undersigned counsel to withdraw and permit substitution of counsel or appointment of counsel if appropriate, and grant such other relief as the Court deems just and proper.

Respectfully submitted,

/s/Amir Makled P76306
Hall Makled PC
23950 Princeton St
Dearborn, MI 48124
313-788-8888
amakled@hallmakled.com

## BRIEF IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL

In support of the instant motion, counsel herein relies on the facts, local rules, and MRPC set out in the above paragraph-by-paragraph motion.

Respectfully submitted,

/s/Amir Makled P76306
Hall Makled PC
23950 Princeton St
Dearborn, MI 48124
313-788-8888
amakled@hallmakled.com