4

pg.1

United States District Court
District Of Eastern
Michigan

1-29-26

F I L E D

FEB 0 5 2026

CLERK'S OFFICE
DETROIT

Case # 2.25-cr-

20842

| | |
|---|---|
| United States<br>Plantiff | |
| vs. Mohmed Ali<br>Defendent | Update for motions & next<br>court date for Pre-liminary Hearing. |

Dear Judge Goldsmith,

As of January. 29th, 2026 I haven't heard an update pertaining to my motions for a Pre-liminary hearing, Speedy trial, and to challenge all continuances that I didn't consent to as it is my "statutory right" etc, to challenge. I hope to hear soon about my new council and my next court date for my Pre-liminary hearing. It is not necessary for a court hearing in regards for assurance for my motions because that will only waste more time. I'm positive on my decision and will be looking forward to my given right of a Pre-liminary hearing. A Pre-liminary hearing, asserts my right to a speedy trial and refuses any continuances. Even if sometime has passed since my Pre-liminary hearing has been waived without my consent/permission, I can still go ahead and submit for one so as to make "my position known" and put on the record.

I have been incarcerated since October 31st of 2025 and have been rotting in a cell eating food that's unfit for an animal. While the lawyers on our case have been filing continuances and waiving our pre-liminary hearings without our permission taking advantage of our assumed ignorance of the law working in favor of the prosecutor. I'm innocent and free of these accusations, the prosecutor is like a dog chasing his own tail at this point. Because all I've been shown so far from my lawyer is a practice of my first amendment right and they're trying to incriminate me. They aren't inspecting a crime, they're inspecting me as an individual and as of now they've realized their waist deep with this case and can't go back because of media pressure. The 6th amendment to the Constitution guarantees that in "all" criminal prosecutions the accused shall enjoy the right to a speedy and public trial, by an impartial jury. The speedy act guarantees "me" that from the date of my arrest to the day of Indictment can be no more than 30 days. Then, you must have a trial within 70 days thereafter. Just like every right, you will learn that there are more exceptions than an insurance policy, as –

- the constitution continues to degrade over time. I want all my letters to be put on record if they aren't already. In the mean time I'll wait for correspondence hopefully within the next week.

Thank you ☺

Sincerely, Mohmed Ali



Mohmed Ali
NAME
21494-512
REG. NO.

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

[ Legal Mail ]

METROPLEX MI 480
2 FEB 2026   PM 10 L

RECEIVED
FEB 0 5 2026
CLERK'S OFFICE
DETROIT

U.S. MARSHALS

—For the Record
To: Clerk of
the honourable Judge Goldsmith

Federal Building
231 W. Lafayette Blvd
Detroit, MI 48226

48226-270099

Case 2:25-ct-20842-MAG-APP  ECF No. 78, PageID.379  Filed 02/05/26  Page 4 of 4